UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:19-CV-409-RSL |
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:19-CV-866-RSL <br><br> ORDER CONSOLIDATING CASES |

It is hereby ORDERED that Case No. 2:19-CV-409 and Case No 2:19-CV-866 are consolidated for all purposes.

It is FURTHER ORDERED that plaintiff shall, on or before November 1, 2019, file an amended complaint that consolidates the allegations of Case No. 2:19-CV-409 and Case No. 2:19-CV-866.

ORDER CONSOLIDATING CASES - 1

1     It is FURTHER ORDERED that the dates set out in the Minute Order Setting Trial Date

2 and Related Dates, Dkt. #11 in *Owners Association of Longfellow Run Condominium v. State*

3 *Farm Fire & Casualty Company, et al.*, No. 2:19-CV-409, shall govern this lawsuit.

4     The Clerk of Court is directed to close Case No. 2:19-CV-866.  All future filings in these

5 consolidated cases shall be under *Owners Association of Longfellow Run Condominium v. State*

6 *Farm Fire & Casualty Company, et al.*, Case No. 2:19-CV-409.

7

8     DATED this 11th day of October, 2019.

9

10

11

12                     Robert S. Lasnik
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONSOLIDATING CASES - 2