THE HONORABLE ROBERT S. LASNIK
Trial Date: September 14, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois Corporation; ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:19-cv-00409-RSL<br><br>(Consolidated with 2:19-cv-00866-RSL)<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action against Defendant Allstate Insurance Company shall be dismissed with prejudice and without costs. All claims with regards to Defendant State Farm Fire and Casualty Company ("State Farm") remain unchanged and accordingly the matter with regards to Defendant State Farm is to remain open.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT ALLSTATE INSURANCE
COMPANY (Cause No. 2:19-cv-00409-RSL) – 1
ys/AED6513.102/3498991x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 10th day of March, 2020.

By: *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite. 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate Insurance Company

DATED this 10th day of March, 2020.

By: *s/Justin D. Sudweeks*
Justin D. Sudweeks, WSBA No. 28755
Jerry H. Stein, WSBA No. 27721
Daniel S. Stein, WSBA No. 48739
Jessica Burns, WSBA No. 49852
Stein Sudweeks & Stein
2701 1ST Avenue, Suite 430
Seattle, WA 98121
Phone: 206-388-0660
Fax: 206-286-2660
justin@condodefects.com
jerry@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT ALLSTATE INSURANCE
COMPANY (Cause No. 2:19-cv-00409-RSL) – 2
ys/AED6513.102/3498991x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action against Defendant Allstate Insurance Company is dismissed with prejudice and without costs. All claims with regards to Defendant State Farm Fire and Casualty Company ("State Farm") remain unchanged and accordingly the matter with regards to Defendant State Farm is to remain open.

DATED this 12th day of March, 2020.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

By  s/Alfred E. Donohue
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite. 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate Insurance Company

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY (Cause No. 2:19-cv-00409-RSL) – 3
ys/AED6513.102/3498991x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

1  Approved as to form; notice of
2  presentation waived:

3
   By  *s/Justin D. Sudweeks*
4      Justin D. Sudweeks, WSBA No. 28755
5      Jerry H. Stein, WSBA No. 27721
       Daniel S. Stein, WSBA No. 48739
6      Jessica Burns, WSBA No. 49852
7      Stein Sudweeks & Stein
       2701 1ST Avenue, Suite 430
8      Seattle, WA  98121
       Phone: 206-388-0660
9      Fax: 206-286-2660
10     justin@condodefects.com
       jerry@condodefects.com
11     dstein@condodefects.com
12     jessica@condodefects.com
       Of Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT ALLSTATE INSURANCE
COMPANY (Cause No. 2:19-cv-00409-RSL) – 4
ys/AED6513.102/3498991x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273