HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:19-cv-00409-RSL<br><br>STIPULATED MOTION TO CONTINUE TRIAL DATE |

Plaintiff and Defendant State Farm Fire and Casualty Company stipulate to continue the trial date to April 5, 2021, or to such other time as the court deems appropriate. The parties stipulate that all related pretrial deadlines should be extended a similar amount of time. Counsel for the parties believe they can complete discovery by December 7, 2020.

This stipulated motion is necessary because of the Coronavirus crisis. The current trial date is September 14, 2020, and the current discovery completion date is May 17, 2020. Due to the crisis, the parties are unable to take oral depositions of party representatives or expert

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

witnesses, some of whom are in high risk categories for complications or death if they contract the disease. After depositions are completed, the parties plan to note motions for summary judgment. Based on current information about when activities may return to normal, which at this time is uncertain, counsel for the parties do not believe that a simple extension of pretrial dates would provide sufficient time to compete depositions and have summary judgment motions heard and decided prior to necessary preparations for the current trial date such as drafting and filing motions in limine. A continuance is therefore necessary. Based on availability of counsel, the parties request that the court continue the trial date to April 5, 2021.

DATED this 3rd day of April, 2020.

By: *s/Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
1215 Fourth Ave., Ste. 1700
Seattle, WA 98161
*Attorneys for Defendant State Farm*

By: *s/Jerry Stein*
Daniel Stein, WSBA 48739
Jerry Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Stein Sudweeks & Stein, PLLC
2701 First Avenue, Suite 430
Seattle WA 98121
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DONE this 6th day of April, 2020.

Robert S. Lasnik
United States District Judge

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152