1          HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                **FOR THE WESTERN DISTRICT OF WASHINGTON**
9                           **AT SEATTLE**

10

11   OWNERS ASSOCIATION OF
     LONGFELLOW RUN CONDOMINIUM, a        NO. 2:19-cv-00409-RSL
12   Washington non-profit corporation,
                                          STIPULATED MOTION FOR
13              Plaintiff,                 DISMISSAL

14        vs.

     STATE FARM FIRE & CASUALTY
15   COMPANY, an Illinois corporation;
     ALLSTATE INSURANCE COMPANY, an
16   Illinois corporation, and DOE
     INSURANCE COMPANIES 1-10,
17
                Defendants.
18

19        Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this

20   action shall be dismissed with prejudice without fees or costs awarded to either party. The parties

21   request that the case be closed.

22   ///

23   ///
24
25   ///

STIPULATED MOTION FOR DISMISSAL – 1

Case: 2:19-cv-00409-RSL

067826.000046 1163136.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  DATED this 19th day of June, 2020.

2

3                                         By _s/ Michael S. Rogers_
                                             Michael S. Rogers, WSBA 16423
4                                            Reed McClure
                                             Attorneys for Defendant State Farm
5                                            1215 Fourth Avenue, Suite 1700
                                             Seattle WA 98161-1087
6                                            206.292.4900 – Phone
                                             206.223.0152 – Fax
7                                            mrogers@rmlaw.com

8

9

10                                        By _s/ Daniel Stein_
                                             Justin D. Sudweeks, WSBA 28755
11                                           Daniel Stein, WSBA 48739
                                             Jerry Stein, WSBA 27721
12                                           Stein, Sudweeks & Stein PLLC
                                             Attorneys for Plaintiff
13                                           2701 First Avenue, Suite 430
                                             Seattle WA  98121
14                                           206.388.0660 – Phone
                                             206.286.2660 – Fax
15                                           dstein@condodefects.com

16

17

18   IT IS SO ORDERED.

19

20   DONE this __22nd__ day of ____June____, 2020.

21

22                                        _____

23                                           HONORABLE ROBERT S. LASNIK

24

25

STIPULATED MOTION FOR DISMISSAL – 2

Case: 2:19-cv-00409-RSL

067826.000046 1163136.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152